**JUDGE BURGESS**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR05-5248FDB |
| Plaintiff, ) | |
| ) | AGREED ORDER CONTINUING |
| vs. ) | PRETRIAL CONFERENCE DATE |
| ) | AND TRIAL DATE AND |
| CHARLES EVERETT COMA, ) | EXTENDING DEADLINE FOR |
| ) | FILING PRETRIAL MOTIONS |
| Defendant. ) | |
| ) | |

THIS MATTER having come on before the Court on the agreed motion of the Defendant, CHARLES EVERETT COMA, and the United States of America for an order continuing the Pretrial Conference date and the trial date and extending the deadline for filing pretrial motions; the Court finding that this case is now scheduled for Pretrial Conference on May 26, 2005, and for trial on June 6, 2005, and that the current deadline for filing Defendant's pretrial motions is April 29, 2005; the Court finding that newly appointed defense counsel requires additional time to investigate the case in order to adequately represent defendant and that good cause therefore exists to continue the Pretrial Conference date and the trial date and to extend the pretrial motion deadline; the Court finding that such a continuance is agreed to by the government; and the Court further finding that the ends of justice served by

continuing the trial date outweighs the best interest of the public and the Defendant in a speedy trial; it is therefore

ORDERED that the Defendant's motion to extend the deadline for filing pretrial motions, to continue the Pretrial Conference date, and to continue the trial date herein is hereby GRANTED; and, it is further

ORDERED that the new deadline for filing the Defendant's pretrial motions shall be the 15th day of July, 2005; and, it is further

ORDERED that the new Pretrial Conference date shall be the 9th day of September, 2005 at 3:30 p.m.; and, it is further

ORDERED that the new trial date shall be the 19th day of September 2005; and, it is further

ORDERED that the period of delay between June 6, 2005, and September 19, 2005, shall be excluded in computing the time within which the trial must commence pursuant to 18 U.S.C. § 3161.

DONE this 18th day of May, 2005.

  /s/ Franklin D Burgess
FRANKLIN D BURGESS
UNITED STATES DISTRICT JUDGE

| Presented by: | Approved for Entry: |
|---|---|
| WILLIAM R. MICHELMAN, INC., P.S. | UNITED STATES ATTORNEY |
| s/William R. Michelman | s/Andrew Friedman |
| William R. Michelman, WSBA #6803 Attorney<br>Attorney for Defendant | By: Andrew Friedman, Asst. U.S. Attorney<br>Attorney for Plaintiff |

**AGREED ORDER CONTINUING PRETRIAL
CONFERENCE DATE AND TRIAL DATE
AND EXTENDING DEADLINE FOR
FILING PRETRIAL MOTIONS - 2**