**JUDGE BURGESS**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO. CR05-5248FDB |
| Plaintiff, | ) | |
| | ) | AGREED ORDER CONTINUING |
| vs. | ) | PRETRIAL CONFERENCE DATE |
| | ) | AND TRIAL DATE AND |
| CHARLES EVERETT COMA, | ) | EXTENDING DEADLINE FOR |
| | ) | FILING PRETRIAL MOTIONS |
| Defendant. | ) | |

THIS MATTER having come on before the Court on the agreed motion of the Defendant, CHARLES EVERETT COMA, and the United States of America for an order continuing the Pretrial Conference date and the trial date and extending the deadline for filing pretrial motions; the Court finding that this case is now scheduled for Pretrial Conference on September 9, 2005, and for trial on September 19, 2005, and that the current deadline for filing Defendant's pretrial motions is July 15, 2005; the Court finding that the Court-appointed forensic psychiatrist requires additional time to evaluate the Defendant and defense counsel requires additional time to investigate the case in order to adequately represent defendant and that good cause therefore exists to continue the Pretrial Conference date and the trial date and to extend the pretrial motion deadline; the Court finding that such a continuance is agreed to by the government; and the Court further finding that the ends of justice served by continuing the trial date outweighs the best interest of the public and the Defendant in a speedy trial; it is therefore

ORDERED that the Defendant's motion to extend the deadline for filing pretrial motions, to continue the Pretrial Conference date and to continue the trial date herein is hereby GRANTED; and,

it is further

ORDERED that the new deadline for filing the Defendant's pretrial motions shall be the 31st day of October, 2005; and, it is further

ORDERED that the deadline for the filing of the Government's response to any pretrial motions will be the 14th day of November, 2005; and, it is further

ORDERED that the new Pretrial Conference date shall be the 13th day of January, 2006; and, it is further

ORDERED that the new trial date shall be the 23rd day of January 2006; and, it is further

ORDERED that the period of delay between September 19, 2005, and January 23, 2006, shall be excluded in computing the time within which the trial must commence pursuant to 18 U.S.C. § 3161.

DONE IN OPEN COURT this 9th day of September, 2005.

FRANKLIN D BURGESS
UNITED STATES DISTRICT JUDGE

| Presented by: | Approved for Entry: |
|---|---|
| WILLIAM R. MICHELMAN, INC., P.S. | UNITED STATES ATTORNEY |
| s/William R. Michelman | s/Andrew Friedman |
| William R. Michelman, WSBA #6803<br>Attorney for Defendant | By: Andrew Friedman, Asst. U.S. Attorney<br>Attorney for Plaintiff |