JUDGE FRANKLIN D. BURGESS

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5248FDB |
| Plaintiff, | ) | |
| vs. | ) ) ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATE |
| CHARLES EVERETT COMA, | ) | |
| Defendant. | ) ) | |

THE COURT having considered the stipulation of the parties and the records and files herein, makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

ORDER GRANTING STIPULATED MOTION TO CONTINUE
TRIAL AND PRETRIAL MOTIONS DATE   - 1
(Charles Coma; CR05-5248FDB)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1     IT IS THEREFORE ORDERED that the trial date in this matter is continued from
2 January 23, 2006 to April 3, 2006, and that the pretrial motions date is continued to
3 February 13, 2006.

4     IT IS FURTHER ORDERED the period of time from the current trial date of January
5 23, 2006, up to and including the new trial date of April 3, 2006, shall be excludable time
6 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

7     DONE this 9th day of January, 2006.

8

9

10                                   _____

11                                   FRANKLIN D. BURGESS
12                                   UNITED STATES DISTRICT JUDGE

13

14

15

16 Presented by:

17 s/   Peter J. Avenia
WSBA # 20794
Attorney for Charles Coma
18 Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
19 Seattle WA 98101
206/553-1100 voice
20 206/553-0120 facsimile
peter_avenia@fd.org
21

22 s/ Andrew Friedman
Assistant United States Attorney
23 *Per Telephonic Authorization*

24

25

26

ORDER GRANTING STIPULATED MOTION TO CONTINUE
TRIAL AND PRETRIAL MOTIONS DATE   - 2
(Charles Coma; CR05-5248FDB)

## CERTIFICATE OF SERVICE

I hereby certify that on January 3rd, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will also send electronic notification of such filing to Assistant United States Attorney Andrew Friedman.

Charlotte Ponikvar
Legal Assistant
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle WA 98101
206/553-1100 voice
206/553-0120 facsimile
Charlotte_Ponikvar@fd.org

ORDER GRANTING STIPULATED MOTION TO CONTINUE
TRIAL AND PRETRIAL MOTIONS DATE   - 3
(Charles Coma; CR05-5248FDB)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**