JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR05-5248FDB |
| Plaintiff, | |
| vs. | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATE |
| CHARLES COMA, | |
| Defendant. | |

THE COURT having considered the stipulation of the parties and the records and files herein, makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

ORDER GRANTING STIPULATED MOTION TO CONTINUE
TRIAL AND PRETRIAL MOTIONS DATE   - 1
(Charles Coma; CR05-5248FDB)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

IT IS THEREFORE ORDERED that the trial date in this matter is continued from April 3, 2006 to June 5, 2006, and that the pretrial motions date is continued to March 22, 2006.

IT IS FURTHER ORDERED the period of time from the current trial date of April 3, 2006, up to and including the new trial date of June 5, 2006, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

DONE this 1st day of March, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/   Peter J. Avenia
WSBA # 20794
Attorney for Charles Coma
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle WA 98101
206/553-1100 voice
206/553-0120 facsimile
peter_avenia@fd.org


s/ Andrew Friedman
Assistant United States Attorney
*Per Telephonic Authorization*

ORDER GRANTING STIPULATED MOTION TO CONTINUE
TRIAL AND PRETRIAL MOTIONS DATE   - 2
(Charles Coma; CR05-5248FDB)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**