1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | Case No. CR05-5248FDB |
|---|---|
| Plaintiff, | |
| v. | MINUTE ORDER SETTING SETTLEMENT CONFERENCE |
| CHARLES EVERETT COMA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Hon. J. Kelley Arnold, United States Magistrate Judge:

A settlement conference will be held with the Honorable J. Kelley Arnold, U.S. Magistrate Judge, at **10:00 a.m. on March 21, 2006.**

Settlement briefs/memorandums will be due **by 4:00 p.m. on March 16, 2006.** The briefs are to be delivered to Judge Arnold's chambers at 1717 Pacific Avenue, Courtroom D, Tacoma, Washington 98402, or delivered by facsimile to 253-593-6588. They are not to be filed.

**Counsel and the defendant are directed to be present in person.**

The foregoing Minute Order entered by ___/s/ Allyson P. Swan___, Deputy Clerk, this March 8, 2006.

MINUTE ORDER