Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR05-5248FDB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR PSYCHIATRIC AND |
| | ) | PSYCHOLOGICAL EXAMINATION |
| CHARLES E. COMA, | ) | |
| Defendant. | ) | |

WHEREAS, Defendant, Charles E. Coma, is charged in this case with armed bank robbery, in violation of 18 U.S.C. § 2113(a) and (d), and with using a firearm during a crime of violence, in violation of 18 U.S.C. § 924©);

WHEREAS, Coma has filed a notice of intent to present a defense of insanity, pursuant to Federal Rule of Criminal Procedure 12.2(a), <u>see</u> Defendant's Notice of Intent to Present Insanity/Mens Rea Defense (Docket # 60);

WHEREAS, the Government, therefore, is entitled, pursuant to Federal Rule of Criminal Procedure 12.2(c)(1)(B), to have Coma examined pursuant to 18 U.S.C. § 4242 to determine whether Coma was insane at the time of his offenses; now, therefore,

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. 4242 and 4247(b), that Coma be committed to the custody of the Attorney General at a suitable facility for a period not to exceed 45 days and be examined during that time by a psychiatrist and/or psychologist

1   chosen by the Attorney General, who shall examine Coma for purposes of evaluating

2   Coma's insanity defense;

3       IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 4247©), that the examining

4   psychiatrist and/or psychologist prepare a report of the examination that complies with

5   the requirements of that section and file that report with the Court and provide copies to

6   counsel for Coma and the United States;

7       IT IS FURTHER ORDERED that Coma shall cooperate with the psychiatrist and

8   psychologist during this examination;

9       IT IS FURTHER ORDERED that the United States Marshals Service transport

10  Coma to the suitable facility within ten days of the entry of this Order and return Coma to

11  the Federal Detention Center - SeaTac within ten days of the completion of the

12  examination ordered herein;

13      IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3161(h)(1)(A), that the time

14  required to perform the examination of Coma be excluded in computing the time within

15  which the trial in this case must commence; and

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28

ORDER FOR PSYCHIATRIC AND PSYCHOLOGICAL
EXAMINATION/COMA (No. CR05-5248FDB) - 2

1    IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3161(h)(1)(H), that the time

2  taken by the United States Marshals Office to transport Coma, up to ten days in each

3  direction, be excluded in computing the time within which the trial in this must

4  commence.

5    DATED this 1st day of June, 2006.

6

7

8

9

10

11

12    _____

13    FRANKLIN D. BURGESS
      UNITED STATES DISTRICT JUDGE

14

15  Presented by:

16  s/Andrew C. Friedman

17  ANDREW C. FRIEDMAN

18  Assistant United States Attorney

19  700 Stewart Street, Suite 5220

20

21  Seattle, Washington 98101

22  Telephone:    (206) 553-2277

23  Facsimile:    (206) 553-0755

24  E-mail:         Andrew.Friedman@usdoj.gov

25

26

27

28

ORDER FOR PSYCHIATRIC AND PSYCHOLOGICAL
EXAMINATION/COMA (No. CR05-5248FDB) - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970