Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES E. COMA, ) <br> ) <br> Defendant. ) <br> ) | No. CR05-5248FDB <br><br> ORDER CONTINUING TRIAL |

WHEREAS, Defendant, Charles E. Coma, is charged in this case with armed bank robbery, in violation of 18 U.S.C. § 2113(a) and (d), and with using a firearm during a crime of violence, in violation of 18 U.S.C. § 924©;

WHEREAS, Coma has filed a notice of intent to present a defense of insanity, pursuant to Federal Rule of Criminal Procedure 12.2(a);

WHEREAS, the Government, therefore, is entitled, pursuant to Federal Rule of Criminal Procedure 12.2(c)(1)(B), to have Coma examined to determine whether Coma was insane at the time of his offenses;

WHEREAS, the Court has entered an order providing that the examination be performed at a suitable facility;

WHEREAS, both parties will require time after that evaluation is completed in order to review the results of that examination and to prepare for trial; now, therefore,

1 THE COURT FINDS that continuing the trial in this case is necessary in order to
2 allow time for the Government's psychiatric and/or psychological examination and to allow
3 defense counsel adequate time to prepare effectively for trial;

4 THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the
5 ends of justice served by continuing the trial in this case outweigh the interest of the public
6 and of the Defendant in a more speedy trial;

7 IT IS, THEREFORE, ORDERED that the trial in this case be continued until
8 September 25, 2006, and that the period of time from June 5, 2006, up to and including
9 September 25, 2006, be excludable time under 18 U.S.C. § 3161(h)(8)(A); and

10 IT IS FURTHER ORDERED that a pretrial conference in this case shall be held at
11 2:30 p.m. on September 8, 2006.

12 DONE this 1st day of June, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Andrew C. Friedman
ANDREW C. FRIEDMAN

Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington  98101
Telephone:   (206) 553-2277
Fax:              (206) 553-0755
E-mail:         Andrew.Friedman@usdoj.gov