**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>     vs.<br><br>CHARLES E. COMA,<br><br>                       Defendant. | NO. 3:05-CR-5248-1<br><br>SATISFACTION OF SPECIAL ASSESSMENT AND FINE AND/OR RESTITUTION |

      The defendant has paid in full the special assessment and any fine and/or restitution in this case. Accordingly, the Clerk of the United States District Court for the Western District of Washington may satisfy the condition in the sentence ordering payment of the special assessment and any fine and/or restitution.

      DATED this 24th day of March, 2021.

                                                         Respectfully submitted,

                                                         TESSA M. GORMAN
                                                         Acting United States Attorney

                                                         s/ Kyle A. Forsyth
                                                          KYLE A. FORSYTH, WSBA #34609
                                                          Assistant United States Attorney
                                                          700 Stewart Street, Suite 5220
                                                          Seattle, WA  98101-1271
                                                         Telephone: (206) 553-7970
                                                         Fax: (206) 553-0882
                                                         E-mail: kyle.forsyth@usdoj.gov

SATISFACTION OF SPECIAL ASSESSMENT
AND FINE AND/OR RESTITUTION- 1
(455NW)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
(206) 553-7970